JAMES SHEAROD, Appellant, *v.* FORTY FIRST AND PARK AVENUE CORPORATION, Respondent.

(Submitted October 2, 1930; decided October 21, 1930.)

*Louis B. Goldberg* and *Allen M. Chamow* for appellant.
*Clarence S. Zipp* and *E. C. Sherwood* for respondent.

Judgment of the Appellate Division reversed in so far as it dismisses the complaint and a new trial granted, with costs to abide the event, on the ground that there

was a question of fact as to the defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE and O'BRIEN, JJ. Dissenting: KELLOGG and HUBBS, JJ. Not sitting: LEHMAN, J.